# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00002-CV

**In re Jairus Pegues**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator filed a petition for writ of mandamus asking this Court to prosecute his motion for default judgment. *See* Tex. R. App. P. 52.8. We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Henson and Goodwin

Filed: January 18, 2012